1  Todd M. Friedman, Esq. (216752)
2  Darin Shaw, Esq. (251037)
3  Law Offices of Todd M. Friedman, P.C.
   369 S. Doheny Dr., #415
4  Beverly Hills, CA 90211
5  Phone: (877) 206-4741
   Fax: (866) 633-0228
6  tfriedman@AttorneysForConsumers.com
7  dshaw@attorneysforconsumers.com
   Attorneys for Plaintiff

E-FILED 04-04-11
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABEL ALVAREZ,** | ) Case No. 2:10-cv-08746-PSG-MAN |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
|  | ) **DISMISSAL WITH PREJUDICE** |
| **ROSENTHAL, MORGAN & THOMAS, INC.** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**
04-04-11

Notice of Dismissal - 1